No. 228. ARROW AIRWAYS, INC. ET AL. *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dayton M. Harrington* for petitioners. *Solicitor General*

*Perlman, Assistant Attorney General Morison, Paul A.
Sweeney, Melvin Richter* and *Emory T. Nunneley, Jr.*
for respondent.

